No. 256, Misc. ELLHAMER *v.* CALIFORNIA. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 396. DEGREGORY *v.* ATTORNEY GENERAL OF NEW HAMPSHIRE. Appeal from Sup. Ct. N. H. Probable jurisdiction noted. *Howard S. Whiteside* for appellant. *William Maynard,* Attorney General of New Hampshire, *R. Peter Shapiro,* Assistant Attorney General, and *Joseph F. Gall,* Special Assistant Attorney General, for appellee.

No. 211. METROMEDIA, INC. *v.* AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS ET AL. C. A. 2d Cir. Certiorari denied. *Robert A. Dreyer* and *George A. Katz* for petitioner. *Simon H. Rifkind, Herman Finkelstein* and *Jay H. Topkis* for the American Society of Composers, Authors & Publishers, and *Acting Solicitor General Spritzer, Assistant Attorney General Turner, Lionel Kestenbaum* and *I. Daniel Stewart, Jr.,* for the United States, respondents.

No. 336. DELONG CORP. *v.* OREGON STATE HIGHWAY COMMISSION ET AL. C. A. 9th Cir. Certiorari denied. *Bert B. Rand, Hans A. Nathan* and *George W. Mead* for petitioner. *Robert Y. Thornton,* Attorney General of Oregon, and *George E. Rohde, Alan H. Johansen, J. Robert Patterson* and *Frank C. McKinney,* Assistant Attorneys General, for respondents.